**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 760 MAL 2019

       Respondent                :

                                       :   Petition for Allowance of Appeal

                                       :   from the Order of the Superior Court

           v.                       :

                                       :

JENS-PETER ENGELUND,            :

             Petitioner               :

## **ORDER**

**PER CURIAM**

       **AND NOW**, this 13th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.